State Board of Pharmacy *v.* General Nutrition Center, Inc., Appellant.

 Argued April 15, 1970. *Thomas D. MacMullan,* with him *Brandt, Riester, Brandt & Malone,* for appellant; *Victor L. Schwartz,* Assistant Attorney General, with him *John Fernsler,* Deputy Attorney General, and *William C. Sennett,* Attorney General, for appellee.
Order affirmed.